Arthur G. Bruaw, Jr., Appellant *v.* Mechanicsburg Zoning Hearing Board, Appellee.

Argued May 2, 1984, before Judges ROGERS, CRAIG and COLINS, sitting as a panel of three.

*P. Daniel Altland, Cleckner and Fearen,* for appellant.

*Marlin R. McCaleb, Snelbaker, McCaleb & Elicker,* for appellee.

OPINION BY JUDGE COLINS, June 11, 1984:

Arthur G. Bruaw, Jr. (appellant) sought a building permit to reconstruct an existing non-conforming gasoline service station in the Borough of Mechanicsburg.

After an adverse decision by the Borough Zoning Officer, Mr. Bruaw appealed to the Mechanicsburg Zoning Hearing Board, who subsequently granted Mr. Bruaw a building permit on December 2, 1981.

After the reconstruction of the gasoline service station, Mr. Bruaw then applied to the Zoning Hearing Board for permission to use the gasoline service station for the retail sale of goods and prepared foods, including carry-out beer, as part of the operation of a convenience store. This application was denied by both the Zoning Officer and the Borough Zoning Hearing Board.

Appellant sought further review in the Court of Common Pleas of Cumberland County. His appeal was filed on December 13, 1982 and argued on March 9, 1983, before Judges SHUGHART, SHEELY and HOFFER.

After a careful review of the record, we affirm the order of the Court of Common Pleas of Cumberland County, on the excellent opinion of Judge GEORGE E. HOFFER, as reported in *Arthur G. Bruaw, Jr. v. Mechanicsburg Zoning Hearing Board,* 29 Pa. D. & C.3rd 159 (1984).

Judge HOFFER's opinion is adopted as the opinion of this Court.

ORDER

AND Now, June 11, 1984, the order of the Court of Common Pleas of Cumberland County, dated August 8, 1983, is hereby affirmed.